**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1214

BARBARA J. GRASSO,

Plaintiff - Appellee,

versus

SHELLY OTTENBRITE,

Defendant - Appellant,

and

MICHAEL GUNLICKS,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (CA-04-666)

Submitted: July 27, 2005          Decided: August 1, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Debra Desmore Corcoran, JACKSON LAW GROUP, Richmond, Virginia, for Appellant. Barbara J. Grasso, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shelly Ottenbrite seeks to appeal the district court's orders granting partial summary judgment in favor of Barbara J. Grasso in Grasso's breach of contract action and denying Ottenbrite's motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Ottenbrite seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED